**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 2, 2020**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00519-CR

**AARON JAQUES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1391641**

## MEMORANDUM OPINION

Appellant Aaron Jaques signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant

Do Not Publish – Tex. R. App. P. 47.2(b)